FILED
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8066 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Audra Ann DURHAM | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 24, 2008, within the Southern District of California, defendant Audra Ann DURHAM did knowingly and intentionally import approximately 31.56 kilograms (69.43 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH, DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Audra Ann DURHAM

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On January 24, 2008, at approximately 1613 hours, Audra Ann DURHAM entered the United States at the Andrade, California, Port of Entry. DURHAM was the driver of 2007 Jeep Grand Cherokee.

DURHAM gave Primary Officer Gonzales, a negative oral Customs declaration. Officer Gonzales asked DURHAM who owned the vehicle, DURHAM stated the vehicle belonged to her boyfriend. Officer Gonzales referred DURHAM and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Canine Enforcement Officer (CEO) Dahin screened the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Dahin noted his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 39 packages in the gas tank and quarter panels of the vehicle. Officer Dahin probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 39 packages had a combined net weight of approximately 31.56 kilograms (69.43 pounds).