## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. AUDRA ANN DURHAM (1)   No. 08MJ8066

HON. PETER C. LEWIS   Tape No. PCL08-1;15:02-15:05

Asst. U.S. Attorney   JOHN F. WEIS   PTSO

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | FD Diane Regan | X | Apt | ___ Ret | for _____ | (1) | (C) |
|  | _____ | ___ | Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ | Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ | Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ | Apt | ___ Ret | for _____ | ( ) | ( ) |
|  | _____ | ___ | Apt | ___ Ret | for _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

GOVERNMENT'S ORAL MOTION TO DISMISS WITHOUT PREJUDICE - GRANTED.

Date   2/7/08   I FLETES
Deputy's Initials